UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CARRIE MURPHY**,

    Plaintiff,

v.

**CAROLYN W. COLVIN**,

    Defendant.

Case No. 14-cv-03784-YGR

**ORDER DIRECTING PLAINTIFF TO INFORM COURT REGARDING CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge. Defendant has already filed its consent or declination to magistrate judge jurisdiction. (Dkt. No. 7.)

Accordingly, plaintiff is hereby **DIRECTED** to advise the Court, no later than **January 23, 2015**, whether he consents to have a magistrate judge conduct all further proceedings in the instant action. Normally the parties would be directed to so inform the court in their Joint Case Management Statement filed in connection with the initial case management conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**