UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE MURPHY**,<br>    Plaintiff,<br>v.<br>**CAROLYN W. COLVIN**,<br>    Defendant. | Case No.  14-cv-03784-YGR<br><br>**ORDER TO SHOW CAUSE RE CONTINUED INTENT TO PROSECUTE** |

On August 20, 2014, plaintiff Carrie Murphy filed the instant action. On December 9, 2014, defendant Carolyn W. Colvin answered the complaint and filed the administrative record in paper and electronic form. (Dkt. Nos. 12, 13.) Thereafter, the Court issued an Order directing plaintiff to state whether she consented to a magistrate judge for all purposes; plaintiff was to file said statement no later than January 23, 2015. (Dkt. No. 14.) Separately, plaintiff's motion for summary judgment was due to be filed January 9, 2015. Despite both of these deadlines, plaintiff has filed nothing on the docket as of the date of this Order.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** regarding her continued intent to prosecute this action. A hearing on this Order to Show Cause will be held on **February 13, 2015 at 9:01 a.m.** in the United States Courthouse, 1301 Clay Street, Oakland in Courtroom 1. No later than **February 10, 2015**, plaintiff shall file either (1) a statement stating her continued intent to prosecute this action, or (2) a statement explaining her failure to comply.

Should Plaintiff fail to comply with this Order, the Court will dismiss this case for failure to prosecute. Fed. Rule Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: February 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**