UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE MURPHY**, <br> Plaintiff, <br> v. <br> **CAROLYN W. COLVIN**, <br> Defendant. | Case No. 14-cv-03784-YGR <br><br> **SECOND ORDER TO SHOW CAUSE** |

On August 20, 2014, plaintiff Carrie Murphy filed the instant action. On December 9, 2014, defendant Carolyn W. Colvin answered the complaint and filed the administrative record in paper and electronic form. (Dkt. Nos. 12, 13.)

On February 5, 2015, noting that plaintiff had not timely filed her motion for summary judgment, the Court issued an Order to Show Cause regarding plaintiff's continued intent to prosecute. (Dkt. Nos. 14, 15.) On February 10, plaintiff filed a statement of her continued intent to prosecute. The next day, plaintiff filed a stipulation requesting an extension of time to file her motion for summary judgment. (Dkt. Nos. 17, 18.) The Court granted this stipulation, extending the deadline for plaintiff's filing to March 4, 2015. (Dkt. No. 20.)

On March 4, 2015, plaintiff again filed a stipulation requesting an extension of time to file her motion for summary judgment. (Dkt. No. 21.) The Court granted this second extension; plaintiff was given until April 3, 2015 to file her motion. (Dkt. No. 22.)

Despite both of these extensions, plaintiff has failed to file her motion for summary judgment as of the date of this Order. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** regarding why this action should not be dismissed for failure to prosecute.

A hearing on this Order to Show Cause will be held on **May 8, 2015 at 9:01 a.m.** in the

United States Courthouse, 1301 Clay Street, Oakland in Courtroom 1. No later than **May 1, 2015**, plaintiff shall file either (1) her motion for summary judgment, or (2) a statement explaining her failure to comply.

In addition, no later than **May 1, 2015**, counsel for plaintiff will file a **<u>declaration</u>** that (1) explains plaintiff's failure to comply with the Court's Order of March 3, 2010, and (2) verifies that the plaintiff client, Ms. Murphy, has been informed and is aware of these repeated failures.

Should Plaintiff fail to comply with this Order, the Court will dismiss this case for failure to prosecute. Fed. Rule Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**