UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE MURPHY**,<br><br>              Plaintiff,<br><br>     v.<br><br>**CAROLYN W. COLVIN**,<br><br>              Defendant. | Case No.  14-cv-03784-YGR<br><br>**ORDER DIRECTING PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Carrie Murphy filed a motion for summary judgment on May 27, 2015 (Dkt. No. 29), and the defendant filed a cross motion for summary judgment and opposition to plaintiff's motion for summary judgment on June 19, 2015 (Dkt. No. 33.)  The procedural order for social security review actions entered in this case on August 26, 2014 (Dkt. No. 5) prescribes that plaintiff may serve and file a reply in support of her motion within 14 days of service of defendant's opposition.  Plaintiff therefore should have filed and served a reply no later than July 6, 2015.  Plaintiff has filed no reply brief as of the date of this order.  The Court hereby **ORDERS** plaintiff to file a reply brief no later than **July 17, 2015**, or the motions will be deemed submitted.

**IT IS SO ORDERED.**

Dated July 10, 2015.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**