United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARRIE MURPHY**, | Case No. 14-cv-03784 YGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CAROLYN W COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

The issues in this action having been duly considered, and the Court having granted in part plaintiff's motion for summary judgment and denied in part defendant's cross motion for summary judgment, judgment is hereby entered in favor of plaintiff.  Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of Defendant Acting Commissioner of Social Security to deny plaintiff's application for Social Security Disability Insurance benefits.

This case is hereby **REMANDED** to the Social Security Administration for further administrative proceedings in conformity with this Court's Order.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Date: November 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**